AAS/aas
AO 91 (Rev. 11/11) Criminal Complaint

2023R00530

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

PARIS JACKSON
A/KA PARIS JOSEPH JACKSON

Case No. 23-MJ-866 (TNL)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 18, 2023, in the State and District of Minnesota, the defendant, did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B).

I further state that I am a Special Agent with Homeland Security Investigations and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Jake Henkemeyer, Special Agent,
Homeland Security Investigations
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 4.1

Date: November 20, 2023

City and State: Minneapolis, Minn.

_____
Judge's Signature

The Honorable Tony N. Leung
United States Magistrate Judge
*Printed Name and Title*