## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jake Henkemeyer, being duly sworn, depose and state as follows:

## BACKGROUND

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the St. Paul, Special Agent in Charge (SAC) office. I have held this position since April 2019. Prior to this position as a Special Agent, I was employed as an Intelligence Analyst within HSI since October 2016, assigned to the St. Paul, SAC office. I have received 28 weeks of specialized training at the Federal Law Enforcement Training Center in Glynco, Georgia. During my time as a Special Agent and an Intelligence Analyst, I have led, and assisted, multiple complex domestic and international investigations involving drug trafficking organizations dealing in cocaine, methamphetamine, heroin, fentanyl, and marijuana.

2. Your affiant makes this affidavit in support of a criminal complaint for an arrest warrant for Paris JACKSON. JACKSON has a criminal history which began in 2001, including multiple arrests for controlled substance offenses as well as other crimes. His criminal history includes but is not limited to several convictions in Illinois for controlled substances offenses, including felony dispositions in 2002, 2003, 2006, 2007, 2013, and 2014, as well as convictions for lesser offenses.

3. As set forth below, your affiant respectfully submits that there is probable cause to believe that JACKSON has violated 21 U.S.C. §841 (Attempted Possession With the Intent to Distribute).

4. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and observations of other investigators involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

## PROBABLE CAUSE

5. On November 18, 2023, Special Agents from HSI St. Paul and the Saint Paul Police Department (SPPD) encountered Paris JACKSON after he had picked up a parcel which had contained approximately two kilograms of cocaine. As background, earlier that day SPPD received a 911 call regarding a parcel that was delivered to XXX Lafond Avenue, in St. Paul, Minnesota (hereinafter, "Target Residence"). The caller reported a package that was cosigned to the caller that was opened and believed to contain cocaine. SPPD responded, recovered the parcel, and field tested the brick-like, white powdery substance, which tested positive for cocaine.

6. Later that same evening, law enforcement removed the cocaine, placed a GPS tracking device in the package. The package was placed back on the front step of the residence. As law enforcement conducted surveillance on the residence, it was learned JACKSON was on his way to retrieve the package. Law enforcement observed a silver Audi park in front of the Target Residence. At that time, JACKSON was observed leaving the Audi and running to the front step of the Target Residence. JACKSON retrieved the package and returned to the Audi with the package in hand. Once JACKSON returned to the Audi,

law enforcement attempted to stop JACKSON. JACKSON fled in the silver Audi.

7. JACKSON was pursued by law enforcement until he crashed into parked SPPD squad car at approximately 80 miles per hour. The crash resulted in life threatening injuries to a female passenger in the silver Audi, and minor injuries to the SPPD patrol officer. JACKSON fled from the accident on foot and still has yet to be apprehended.

## CONCLUSION

9. Based on the above-mentioned information, I respectfully submit that there is probable cause to believe that JACKSON has violated, 21 U.S.C. §841(b)(1)(B) (Attempted Possession With the Intent to Distribute Cocaine) and I respectfully request an arrest warrant for Paris JACKSON for violations of 21 U.S.C. §841.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Jake Henkemeyer
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 4.1 on
this 20 day of November 2023

HONORABLE TONY N. LEUNG
United States Magistrate Judge